# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

FLORIDA GAS TRANSMISSION
CO., ET AL

NO.   2019 CW 0081

VERSUS

TEXAS BRINE COMPANY, LLC, ET
AL

**JULY 19, 2019**

---

In Re:   Texas Brine Company, LLC, applying for rehearing, 23rd
Judicial District Court, Parish of Assumption, No.
34316.

---

**BEFORE:   WELCH AND LANIER, JJ.**

    **APPLICATION FOR REHEARING DENIED.**

                      **JEW**
                      **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT

*Judge Chutz has recused from this matter pursuant to the Code of Judicial Conduct Canon 3(C).